751 A.2d 1045

IN THE MATTER OF WESLEY S. ROWNIEWSKI,
AN ATTORNEY AT LAW.

June 7, 2000.

## ORDER

The Disciplinary Review Board on March 22, 2000, having filed with the Court its decision concluding that **WESLEY S. ROW-NIEWSKI** of **NEWARK**, who was admitted to the bar of this State in 1991, should be reprimanded for violating *RPC* 1.1.(a) (gross neglect) and *RPC* 1.3 (lack of diligence), and good cause appearing;

It is ORDERED that **WESLEY S. ROWNIEWSKI** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.